## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CARL MOSS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 04-cv-0570-MJR |
| | ) |
| **DARRELL N. WESTERMAN,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

**REAGAN, District Judge:**

Carl Moss seeks an extension of time to file an objection to the Court's January 14, 2009 Order denying his motion to expunge Illinois Department of Corrections' charges and restoring good time credits (Doc. 152). Moss also seeks access to a typewriter and greater access to his legal files.

The Court will grant Moss additional time to object to the Court's January 14 Order. However, access to a typewriter and legal files are governed by prison policy. As the Seventh Circuit has held on numerous occasions, "federal courts are most reluctant to interfere with the internal administration of state prisons because they are less qualified to do so than prison authorities." ***Roberts v. Cohn,* 2000 WL 622881, 1 (7th Cir. 2000) (citing *Thomas v. Ramos*, 130 F.3d 754, 764 (7th Cir. 1997))**. The prison has a grievance system in place for Moss's complaint about access to his legal files, and he has already made use of it. *See* Doc. 152, Exhibit A. Moreover, lack of a typewriter does not impair Moss's access to the Court. ***Loden v. Edgar,* 1994 WL 97726, 3 (N.D.Ill. 1994) (restricting or even denying altogether a plaintiff's access to a typewriter does not impinge on his right of access to the courts)**. Although Moss complains that he needs a typewriter because his handwriting is poor, his handwriting is generally perfectly legible.

For these reasons, the Court **GRANTS** Moss's motion insofar as he seeks additional time to object to the Court's January 14 Order (Doc. 161) and **DENIES** the motion in all other respects. Moss shall file his objection by February 27, 2009; Westerman shall respond by March 13, 2009; and Moss shall file his reply, if warranted, by April 3, 2009.

**IT IS SO ORDERED.**

**DATED this 30th day of January, 2009**

<u>s/Michael J. Reagan</u>
**MICHAEL J. REAGAN**
**United States District Judge**